# Exhibit 3

| Magic Leap – Magic Leap 1 Wearable Computer |
| --- |
| Infringement of the '790 patent |

| Claim 1 | Evidence |
| --- | --- |
| 1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising: | The Magic Leap wearable computer has an interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system. For example, an image capturing system of the wearable computer has an image sensor (e.g. 2 MP color sensor) that includes an imaging array and a clock generator. The wearable computer includes a processor system that performs operations on image data (e.g. track movement, map surroundings/measure depth). The wearable computer includes interface circuitry that receives image data from the image capturing system and transfers the image data to the processor system. |
| a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals; | The Magic Leap wearable computer has a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals. For example, the interface circuitry includes a buffer module that stores the image data that is received from the image capturing system. The buffer module has data, control and clock signal inputs to receive data, control and clock signalling output from the sensor. The buffer module clocks its internal and external signals at a rate that is determined by the input clock signals. This enables the buffer module to store the image data at a rate that is in accordance with the pixel clock domain of the image capturing system. |
| a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory; and | The Magic Leap wearable computer has a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory. For example, the interface circuitry includes interface functionality that generates a signal when the buffer module has image data that is ready for transmission to the processor system. The signal indicates that the buffer module has a frame of image data for the processor system. |

1

| a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. | The Magic Leap wearable computer has a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system.<br><br>For example, the interface circuitry of the wearable computer includes timing and control functionality that controls the transfer of image data from the buffer module to the processor system. The timing and control functionality enables the image data to be transferred at a rate determined by the processor system. This enables the processor system to acquire the image data at a rate that is in accordance with the processor clock domain. |

**References:**

[1] Magic Leap 1 is a wearable computer for enterprise productivity.
https://www.magicleap.com/en-us/magic-leap-1

[2] Magic Leap Isn't Dead, Just Focused on Enterprise AR
https://insights.dice.com/2021/04/22/magic-leap-isnt-dead-just-focused-on-enterprise-ar/

[3] What is Magic Leap One and why might it kill all screens?
https://www.pocket-lint.com/ar-vr/news/135688-what-is-magic-leap-and-why-might-it-kill-all-screens

[4] Magic Leap One: The fabled AR headset is real, and it's available now
https://www.cnet.com/reviews/magic-leap-one-preview/