# Exhibit 4

| Magic Leap – Magic Leap 1 Wearable Computer<br><br>Infringement of the '242 patent | |
|---|---|
| **Claim 1** | **Evidence** |
| 1. A method of processing imaging signals, the method comprising: | The Magic Leap wearable computer performs a method of processing imaging signals.<br><br>For example, the wearable computer includes an image capturing system and an image processing system. The image processing system performs operations (e.g. track movement, map surroundings/measure depth) on imaging signals and data that are received from the image capturing system. |
| receiving image data from an imaging array; | The Magic Leap wearable computer receives image data from an imaging array.<br><br>For example, the image capturing system includes an image sensor (e.g. 2MP color sensor). The image sensor includes an imaging array.  The imaging array produces image data when exposed to light. The processing system receives the image data from the imaging array. |
| storing the image data in a FIFO memory; | The Magic Leap wearable computer stores the image data in a FIFO memory.<br><br>For example, the processing system includes a FIFO memory for storing image data. The image data received from the imaging array is stored in the FIFO memory by the processing system. |
| updating a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes; | The Magic Leap wearable computer updates a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes;<br><br>For example, the processing system includes a FIFO counter to keep a count of the image data, or "fill level", that is stored in the FIFO memory. When a unit of image data is written to the FIFO memory, the count of the FIFO counter is incremented. When a unit of image data is read from the FIFO memory, the count of the FIFO counter is decremented. |
| comparing the count of the FIFO counter with a | The Magic Leap wearable computer compares the count of the FIFO counter with a FIFO limit. |

1

| | |
|---|---|
| FIFO limit; | For example, the processing system stores a number, which is a FIFO limit. The FIFO limit is associated with the FIFO memory. The processing system compares the FIFO limit to the count of the FIFO counter to determine if the amount of image data in the FIFO memory is at a "fill level" that will require image data to be transferred from the FIFO memory. |
| generating an interrupt signal to request a processor to transfer image data from the FIFO memory in response to an interrupt enable signal being valid and the count of the FIFO counter having a predetermined relationship to the FIFO limit; and | The Magic Leap wearable computer generates an interrupt signal to request a processor to transfer image data from the FIFO memory in response to an interrupt enable signal being valid and the count of the FIFO counter having a predetermined relationship to the FIFO limit.<br><br>For example, the processing system includes a processor for performing operations on image data that is received from the image capturing system. Servicing of interrupts by the processor can be enabled or disabled. When the servicing of interrupts is enabled, and the count of the FIFO counter has a predetermined relationship to the FIFO limit, the processing system generates an interrupt signal. The interrupt signal represents a request for the processor to transfer image data from the FIFO memory. |
| transferring image data from the FIFO memory to the processor in response to the interrupt signal. | The Magic Leap wearable computer transfers image data from the FIFO memory to the processor in response to the interrupt signal.<br><br>For example, when the processor receives the interrupt signal, the processor transfers the image data out of the FIFO memory and performs movement tracking, mapping, and depth measurement operations on the image data. |

| Magic Leap – Magic Leap 1 Wearable Computer<br><br>Infringement of the '242 patent | |
|---|---|
| **Claim 8** | **Evidence** |
| 8. A method of processing imaging signals, the method | The Magic Leap wearable computer performs a method of processing imaging signals. |

2

| comprising: | For example, the wearable computer includes an image capturing system and an image processing system. The image processing system performs operations (e.g. track movement, map surroundings/measure depth) on imaging signals and data that are received from the image capturing system. |
|---|---|
| receiving image data from an imaging array; | The wearable computer receives image data from an imaging array.<br><br>For example, the image capturing system includes an image sensor (e.g. 2MP color sensor). The image sensor includes an imaging array. The imaging array produces image data when exposed to light. The processing system receives the image data from the imaging array. |
| storing the image data in a FIFO memory; | The Magic Leap wearable computer stores the image data in a FIFO memory.<br><br>For example, the processing system includes a FIFO memory for storing image data. The image data received from the imaging array is stored in the FIFO memory by the processing system. |
| updating a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes; | The Magic Leap wearable computer updates a FIFO counter to maintain a count of the image data in the FIFO memory in response to memory reads and writes;<br><br>For example, the processing system includes a FIFO counter to keep a count of the image data, or "fill level", that is stored in the FIFO memory. When a unit of image data is written to the FIFO memory, the count of the FIFO counter is incremented. When a unit of image data is read from the FIFO memory, the count of the FIFO counter is decremented. |
| comparing the count of the FIFO counter with a FIFO limit; | The Magic Leap wearable computer compares the count of the FIFO counter with a FIFO limit.<br><br>For example, the processing system stores a number, which is a FIFO limit. The FIFO limit is associated with the FIFO memory. The processing system compares the FIFO limit to the count of the FIFO counter to determine if the amount of image data in the FIFO memory is at a "fill level" that will require the processing system to take an action. |

3

| generating, in response to the count of the FIFO counter having a predetermined relationship to the FIFO limit, a bus request signal to request a bus arbitration unit to grant access to an output bus; and | The Magic Leap wearable computer generates, in response to the count of the FIFO counter having a predetermined relationship to the FIFO limit, a bus request signal to request a bus arbitration unit to grant access to an output bus.<br><br>For example, the processing system includes a bus arbitration unit and a bus. When the count of the FIFO counter has a predetermined relationship to the FIFO limit, the processing system generates a bus request signal. The bus request signal represents a request for the bus arbitration unit to grant access to the bus for transferring image data from the FIFO memory. |
|---|---|
| transferring image data from the FIFO memory to the output bus in response to receiving a grant signal from the bus arbitration unit. | The Magic Leap wearable computer transfers image data from the FIFO memory to the output bus in response to receiving a grant signal from the bus arbitration unit.<br><br>For example, the bus arbitration unit monitors bus request signals that it receives and provides access to the bus in accordance with access criteria and bus availability. The bus arbitration unit provides a grant signal to give access to the bus. Upon receiving the grant signal, the processing system transfers the image data from the FIFO memory to the bus. |

**References:**

[1] Magic Leap 1 is a wearable computer for enterprise productivity.
https://www.magicleap.com/en-us/magic-leap-1

[2] Magic Leap Isn't Dead, Just Focused on Enterprise AR
https://insights.dice.com/2021/04/22/magic-leap-isnt-dead-just-focused-on-enterprise-ar/

[3] What is Magic Leap One and why might it kill all screens?
https://www.pocket-lint.com/ar-vr/news/135688-what-is-magic-leap-and-why-might-it-kill-all-screens

[4] Magic Leap One: The fabled AR headset is real, and it's available now
https://www.cnet.com/reviews/magic-leap-one-preview/

4