JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Cedar Lane Technologies Inc. | Magic Leap, Inc. |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gawthrop Greeenwood, PC
3711 Kennett Pike, Suite 100, Wilmington, DE 19807
(302) 777-5353

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❒ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      *(U.S. Government Not a Party)*

❒ 2  U.S. Government
      Defendant

❒ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ❒ 625 Drug Related Seizure of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane    ❒ 365 Personal Injury - | ❒ 690 Other | ❒ 423 Withdrawal 28 USC 157 | ❒ 376 Qui Tam (31 USC 3729(a)) |
| ❒ 130 Miller Act | ❒ 315 Airplane Product      Product Liability | | | ❒ 400 State Reapportionment |
| ❒ 140 Negotiable Instrument |      Liability    ❒ 367 Health Care/ | | **PROPERTY RIGHTS** | ❒ 410 Antitrust |
| ❒ 150 Recovery of Overpayment | ❒ 320 Assault, Libel &      Pharmaceutical | | ❒ 820 Copyrights | ❒ 430 Banks and Banking |
|     & Enforcement of Judgment |      Slander      Personal Injury | | ☒ 830 Patent | ❒ 450 Commerce |
| ❒ 151 Medicare Act | ❒ 330 Federal Employers'      Product Liability | | ❒ 835 Patent - Abbreviated New Drug Application | ❒ 460 Deportation |
| ❒ 152 Recovery of Defaulted |      Liability    ❒ 368 Asbestos Personal | | ❒ 840 Trademark | ❒ 470 Racketeer Influenced and |
|     Student Loans | ❒ 340 Marine      Injury Product | | |      Corrupt Organizations |
|     (Excludes Veterans) | ❒ 345 Marine Product      Liability | **LABOR** | **SOCIAL SECURITY** | ❒ 480 Consumer Credit |
| ❒ 153 Recovery of Overpayment |      Liability    **PERSONAL PROPERTY** | ❒ 710 Fair Labor Standards | ❒ 861 HIA (1395ff) |      (15 USC 1681 or 1692) |
|     of Veteran's Benefits | ❒ 350 Motor Vehicle    ❒ 370 Other Fraud |      Act | ❒ 862 Black Lung (923) | ❒ 485 Telephone Consumer |
| ❒ 160 Stockholders' Suits | ❒ 355 Motor Vehicle    ❒ 371 Truth in Lending | ❒ 720 Labor/Management | ❒ 863 DIWC/DIWW (405(g)) |      Protection Act |
| ❒ 190 Other Contract |      Product Liability    ❒ 380 Other Personal |      Relations | ❒ 864 SSID Title XVI | ❒ 490 Cable/Sat TV |
| ❒ 195 Contract Product Liability | ❒ 360 Other Personal      Property Damage | ❒ 740 Railway Labor Act | ❒ 865 RSI (405(g)) | ❒ 850 Securities/Commodities/ |
| ❒ 196 Franchise |      Injury    ❒ 385 Property Damage | ❒ 751 Family and Medical | |      Exchange |
| | ❒ 362 Personal Injury -      Product Liability |      Leave Act | | ❒ 890 Other Statutory Actions |
| |      Medical Malpractice | ❒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❒ 891 Agricultural Acts |
| **REAL PROPERTY**    **CIVIL RIGHTS**    **PRISONER PETITIONS** | | ❒ 791 Employee Retirement | ❒ 870 Taxes (U.S. Plaintiff | ❒ 893 Environmental Matters |
| ❒ 210 Land Condemnation    ❒ 440 Other Civil Rights    **Habeas Corpus:** | |      Income Security Act |      or Defendant) | ❒ 895 Freedom of Information |
| ❒ 220 Foreclosure    ❒ 441 Voting    ❒ 463 Alien Detainee | | | ❒ 871 IRS—Third Party |      Act |
| ❒ 230 Rent Lease & Ejectment    ❒ 442 Employment    ❒ 510 Motions to Vacate | | |      26 USC 7609 | ❒ 896 Arbitration |
| ❒ 240 Torts to Land    ❒ 443 Housing/      Sentence | | | | ❒ 899 Administrative Procedure |
| ❒ 245 Tort Product Liability      Accommodations    ❒ 530 General | | | |      Act/Review or Appeal of |
| ❒ 290 All Other Real Property    ❒ 445 Amer. w/Disabilities -    ❒ 535 Death Penalty | | **IMMIGRATION** | |      Agency Decision |
| |      Employment    **Other:** | ❒ 462 Naturalization Application | | ❒ 950 Constitutionality of |
| | ❒ 446 Amer. w/Disabilities -    ❒ 540 Mandamus & Other | ❒ 465 Other Immigration | |      State Statutes |
| |      Other    ❒ 550 Civil Rights |      Actions | | |
| | ❒ 448 Education    ❒ 555 Prison Condition | | | |
| |    ❒ 560 Civil Detainee - | | | |
| |      Conditions of | | | |
| |      Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
     Proceeding

❒ 2 Removed from
     State Court

❒ 3 Remanded from
     Appellate Court

❒ 4 Reinstated or
     Reopened

❒ 5 Transferred from
     Another District
     *(specify)*

❒ 6 Multidistrict
     Litigation -
     Transfer

❒ 8 Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. 271, et seq.

Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ❒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER See attached

DATE
02/03/2022

SIGNATURE OF ATTORNEY OF RECORD
/s/David W. deBruin

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## CIVIL COVER SHEET ATTACHMENT

### Related Cases

| Case | Case Filing Date |
|---|---|
| Cedar Lane Technologies Inc. v. Advert Tech (USA), LLC<br>1-19-cv-03442 (NDIL) | 5/22/2019 |
| Cedar Lane Technologies Inc. v. Photonics Management Corp.<br>1-19-cv-00996 (DDE) | 5/30/2019 |
| Cedar Lane Technologies Inc. v. Teledyne Digital Imaging US, Inc.<br>1-19-cv-00997 (DDE) | 5/30/2019 |
| Cedar Lane Technologies Inc. v. Kaltec Electronics, Inc. d/b/a Digital Watchdog<br>2-19-cv-06479 (CDCA) | 7/26/2019 |
| Cedar Lane Technologies Inc. v. Coolpad Technologies Inc.<br>1-19-cv-01648 (DDE) | 9/4/2019 |
| Cedar Lane Technologies Inc. v. EZViz Inc.<br>2-19-cv-08629 (CDCA) | 10/7/2019 |
| Cedar Lane Technologies Inc. v. Hikvision USA Inc.<br>2-19-cv-08630 (CDCA) | 10/7/2019 |
| Cedar Lane Technologies Inc. v. Alarm.com Holdings, Inc.<br>1-19-cv-01940 (DDE) | 10/14/2019 |
| Cedar Lane Technologies Inc. v. Denso International America, Inc.<br>1-19-cv-01941 (DDE) | 10/14/2019 |
| Cedar Lane Technologies Inc. v. AKM Semiconductor, Inc.<br>3-19-cv-06642 (NDCA) | 10/16/2019 |
| Cedar Lane Technologies Inc. v. Acer, Inc.<br>1-19-cv-01207 (WDTX) | 12/13/2019 |
| Cedar Lane Technologies Inc. v. ZTE (USA) Inc.<br>1-19-cv-01210 (WDTX) | 12/13/2019 |
| Cedar Lane Technologies Inc. v. AEE Technology Inc.<br>2-19-cv-10668 (CDCA) | 12/17/2019 |
| Cedar Lane Technologies Inc. v. BLU Products, Inc.<br>1-19-cv-25210 (SDFL) | 12/19/2019 |
| Cedar Lane Technologies Inc. v. Axis Communications, Inc.<br>1-19-cv-08424 (NDIL) | 12/25/2019 |
| Cedar Lane Technologies Inc. v. Elite Brands Inc.<br>1-20-cv-01273 (SDNY) | 2/13/2020 |
| Cedar Lane Technologies Inc. v. Chicony America Group, Inc.<br>2-20-cv-01681 (CDCA) | 2/20/2020 |
| Cedar Lane Technologies Inc. v. Blackmagic Design Inc.<br>3-20-cv-01302 (NDCA) | 2/20/2020 |
| Cedar Lane Technologies Inc. v. LG Electronics USA, Inc.<br>1-20-cv-00413 (WDTX) | 4/17/2020 |
| Cedar Lane Technologies Inc. v. On Semiconductor Corporation<br>1-20-cv-00414 (WDTX) | 4/17/2020 |

| | |
|---|---|
| Cedar Lane Technologies Inc. v. Amazon.com, Inc.<br>1-20-cv-00415 (WDTX) | 4/17/2020 |
| Cedar Lane Technologies Inc. v. OmniVision Technologies, Inc.<br>1-20-cv-00541 (DDE) | 4/22/2020 |
| Cedar Lane Technologies Inc. v. iHeartMedia, Inc.<br>1-20-cv-00472 (WDTX) | 5/1/2020 |
| Cedar Lane Technologies Inc. v. Sirius XM Radio Inc.<br>3-20-cv-01103 (NDTX) | 5/1/2020 |
| Cedar Lane Technologies Inc. v. Sirius XM Radio Inc.<br>1-20-cv-03635 (SDNY) | 5/11/2020 |
| Cedar Lane Technologies Inc. v. Comcast Cable Communications, LLC<br>1-20-cv-00501 (WDTX) | 5/11/2020 |
| Cedar Lane Technologies Inc. v. Vivotek USA, Inc.<br>5-20-cv-03416 (NDCA) | 5/20/2020 |
| Cedar Lane Technologies Inc. v. Amcrest Industries LLC<br>4-20-cv-01987 (SDTX) | 6/5/2020 |
| Cedar Lane Technologies Inc. v. Arrow Electronics, Inc.<br>6-20-cv-00502 (WDTX) | 6/5/2020 |
| Cedar Lane Technologies Inc. v. Drift Innovation, Inc.<br>1-20-cv-00766 (DDE) | 6/8/2020 |
| Cedar Lane Technologies Inc. v. Motorola Solutions Inc.<br>1-20-cv-03600 (NDIL) | 6/19/2020 |
| Cedar Lane Technologies Inc. v. Caterpillar Inc.<br>4-20-cv-02169 (SDTX) | 6/19/2020 |
| Cedar Lane Technologies Inc. v. TCL Communication, Inc.<br>1-20-cv-00836 (DDE) | 6/22/2020 |
| Cedar Lane Technologies Inc. v. B&H Foto & Electronics Corp.<br>1-20-cv-04977 (SDNY) | 6/29/2020 |
| Cedar Lane Technologies Inc. v. Huawei Technologies USA Inc.<br>2-20-cv-00234 (EDTX) | 7/13/2020 |
| Cedar Lane Technologies Inc. v. Royole Corporation<br>1-20-cv-00948 (DDE) | 7/15/2020 |
| Cedar Lane Technologies Inc. v. Bullitt Mobile LLC<br>1-20-cv-04218 (NDIL) | 7/17/2020 |
| Cedar Lane Technologies Inc. v. ViacomCBS Inc.<br>1-20-cv-06021 (NDIL) | 10/9/2020 |
| Cedar Lane Technologies Inc. v. DISH Network LLC<br>6-20-cv-00947 (WDTX) | 10/13/2020 |
| Cedar Lane Technologies Inc. v. The Walt Disney Company<br>6-20-cv-00949 (WDTX) | 10/13/2020 |
| Cedar Lane Technologies Inc. v. T-Mobile USA, Inc.<br>6-20-cv-00988 (WDTX) | 10/20/2020 |
| Cedar Lane Technologies Inc. v. Sonim Technologies, Inc.<br>6-20-cv-01047 (WDTX) | 11/13/2020 |

| | |
|---|---|
| Cedar Lane Technologies Inc. v. ACTi Corporation<br>6-20-cv-01189 (WDTX) | 12/29/2020 |
| Cedar Lane Technologies Inc. v. Xiaomi Inc.<br>6-20-cv-01193 (WDTX) | 12/29/2020 |
| Cedar Lane Technologies Inc. v. D-Link Corporation<br>6-20-cv-01202 (WDTX) | 12/31/2020 |
| Cedar Lane Technologies Inc. v. Lenovo Group Ltd.<br>6-21-cv-00021 (WDTX) | 1/11/2021 |
| Cedar Lane Technologies Inc. v. FLIR Systems, Inc.<br>1-21-cv-00098 (EDVA) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. Hitachi, Ltd.<br>6-21-cv-00075 (WDTX) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. Kyocera Group Global Network<br>6-21-cv-00076 (WDTX) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. FLIR Systems, Inc.<br>2-21-cv-00054 (EDVA) | 1/26/2021 |
| Cedar Lane Technologies Inc. v. Plum USA Inc. d/b/a Plum Mobile<br>1-21-cv-20805 (SDFL) | 2/26/2021 |
| Cedar Lane Technologies Inc. v. Anker Innovations Limited<br>6-21-cv-00195 (WDTX) | 3/2/2021 |
| Cedar Lane Technologies Inc. v. Azpen Innovation<br>2-21-cv-00078 (EDTX) | 3/8/2021 |
| Cedar Lane Technologies Inc. v. Leviton Manufacturing Co., Inc.<br>1-21-cv-00363 (DDE) | 3/11/2021 |
| Cedar Lane Technologies Inc. v. AT&T, Inc.<br>6-21-cv-00251 (WDTX) | 3/12/2021 |
| Cedar Lane Technologies Inc. v. NVIDIA Corporation<br>6-21-cv-00252 (WDTX) | 3/12/2021 |
| Cedar Lane Technologies Inc. v. iRobot Corporation<br>1-21-cv-00388 (DDE) | 3/17/2021 |
| Cedar Lane Technologies Inc. v. TiVo Corporation<br>1-21-cv-00393 (DDE) | 3/18/2021 |
| Cedar Lane Technologies Inc. v. Ecovacs Robotics, Inc.<br>1-21-cv-00394 (DDE) | 3/18/2021 |
| Cedar Lane Technologies Inc. v. Belkin International, Inc.<br>1-21-cv-00404 (DDE) | 3/19/2021 |
| Cedar Lane Technologies Inc. v. Neato Robotics, Inc.<br>1-21-cv-00405 (DDE) | 3/19/2021 |
| Cedar Lane Technologies Inc. v. E-Sceptre, Inc.<br>2-21-cv-02470 (CDCA) | 3/21/2021 |
| Cedar Lane Technologies Inc. v. VIZIO, Inc.<br>8-21-cv-00525 (CDCA) | 3/22/2021 |
| Cedar Lane Technologies Inc. v. Ledvance LLC<br>1-21-cv-00411 (DDE) | 3/22/2021 |

| | |
|---|---|
| Cedar Lane Technologies Inc. v. Bose Corporation<br>6-21-cv-00280 (WDTX) | 3/22/2021 |
| Cedar Lane Technologies Inc. v. Sonos, Inc.<br>1-21-cv-00432 (DDE) | 3/25/2021 |
| Cedar Lane Technologies Inc. v. Haier US Appliance Solutions, Inc.<br>1-21-cv-00528 (DDE) | 4/13/2021 |
| Cedar Lane Technologies Inc. v. Whirlpool Corporation<br>1-21-cv-00529 (DDE) | 4/13/2021 |
| Cedar Lane Technologies Inc. v. TCL Corporation<br>6-21-cv-00408 (WDTX) | 4/26/2021 |
| Cedar Lane Technologies Inc. v. Avision Inc.<br>6-21-cv-00415 (WDTX) | 4/27/2021 |
| Cedar Lane Technologies Inc. v. HTC Corporation<br>6-21-cv-00420 (WDTX) | 4/27/2021 |
| Cedar Lane Technologies Inc. v. Hitachi Kokusai Electric Inc.<br>6-21-cv-00423 (WDTX) | 4/28/2021 |
| Cedar Lane Technologies Inc. v. Pantum International Limited<br>6-21-cv-00424 (WDTX) | 4/28/2021 |
| Cedar Lane Technologies Inc. v. Bang & Olufsen A/S<br>6-21-cv-00429 (WDTX) | 4/28/2021 |
| Cedar Lane Technologies Inc. v. Hangzhou BroadLink Technology Co., Ltd.<br>6-21-cv-00433 (WDTX) | 4/29/2021 |
| Cedar Lane Technologies Inc. v. Hisense Co., Ltd.<br>6-21-cv-00436 (WDTX) | 4/29/2021 |
| Cedar Lane Technologies Inc. v. Skyworth Group Co. Ltd.<br>6-21-cv-00437 (WDTX) | 4/29/2021 |
| Cedar Lane Technologies Inc. v. Shenzhen Gosund Technology Co., Ltd.<br>6-21-cv-00443 (WDTX) | 4/30/2021 |
| Cedar Lane Technologies Inc. v. Shenzhen Sonoff Technologies Co., Ltd.<br>6-21-cv-00449 (WDTX) | 4/30/2021 |
| Cedar Lane Technologies Inc. v. Infinova Corporation<br>1-21-cv-00648 (DDE) | 5/5/2021 |
| Cedar Lane Technologies Inc. v. ABB Ltd.<br>6-21-cv-00594 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. Alpine Electronics, Inc.<br>6-21-cv-00595 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. Datalogic SpA<br>6-21-cv-00598 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. Reolink Digital Technology Co., Ltd.<br>6-21-cv-00608 (WDTX) | 6/11/2021 |
| Cedar Lane Technologies Inc. v. FUJIFILM Corporation<br>6-21-cv-00615 (WDTX) | 6/15/2021 |